UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LIBERTY HOSPITALITY LLC                                    Civil Action
                                                           No: <u>18-9918</u>

                 Plaintiff,

- against -

MAXUM INDEMNITY COMPANY A/K/A MAXUM
CASUALTY INSURANCE COMPANY

                 Defendant.
-----------------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that Maxum Indemnity Company ("Maxum") is an insurance company and corporation organized and existing under the laws of Connecticut with its principal place of business in Alpharetta, Georgia. Maxum is a wholly owned subsidiary of Hartford Fire Insurance Company, which is a wholly owned subsidiary of The Hartford Financial Services Group, Inc., a publicly traded company.

Dated: October 26, 2018

      Hawthorne, New York

                                              Respectfully submitted,

                                              TRAUB LIEBERMAN STRAUS &
                                              SHREWSBERRY LLP

             By:           _____
                                              Meryl R. Lieberman
                                              Craig L. Rokuson
                                              Mid-Westchester Executive Park
                                              Seven Skyline Drive
                                              Hawthorne, New York 10532
                                              Tel. No. (914) 347-2600
                                              Fax No. (914) 347-8898